UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: VOLKSWAGEN "CLEAN DIESEL" MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION _____/ This Order Relates To: ALL ACTIONS _____/ | MDL No. 2672 CRB (JSC) **ORDER TO CLOSE *SALT LAKE COUNTY V. VOLKSWAGEN GROUP OF AMERICA, INC.*, CASE NO. 16-CV-5012** |

On August 2, 2016, the action *Salt Lake County v. Volkswagen Group of America, Inc.*, Case No. 16-cv-5012 (CRB), was erroneously transferred to the Court as part of the above-captioned MDL.  (*See* Dkt. No. 1712.)  Accordingly, the Court **ORDERS** the Clerk of Court to close the case.

**IT IS SO ORDERED.**

Dated: September 16, 2016

CHARLES R. BREYER
United States District Judge